12/21/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 3:49:41 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:   2013-24978     COURT:   234TH     TENTATIVE DUE DATE:   1/16/2016

APPEAL TYPE     ACCELERATED                    CASE STATUS:     READY DOCKET

APPELLANT:     LE NORMAN OPERATING LLC

APPELLEE:     CHALKER ENERGY PARTNERS III, RAPTOR PETROLEUM, LLC, BMW INVESTMENTS, LP, ARK-LA-TEX PROPERTY INVESTMENTS, LP, REMORA OIL & GAS, LLC, EASTERN REDBUD, LLC, JIMMY SUTTON, VICENERGY, LLC, TERRA GEOLOGICAL, LLC, JERRY CAYLOR, LARRY CAYLOR, JOHN TALLEY, ERICKSON RESOURCES, LLC, JOHN G KREMER, TRUSTEE FOR THE 1ST AMENDMENT TO THE RICHARD E AND BETTY V KREMER L1VMG TRUST DATED L/3/2002, M&D EXPLORATION, LLC, AND JOE D NOBLES

EVENT FILE DATE     12/18/2015     NUMBER OF DAYS: 60

EVENT CODES;   D, OA

FILED BY:   **JESSE R PIERCE**     TBN:   **15995400**

DATE ORDER SIGNED     11/17/2015

COURT ASSIGNED TO:     FIRST COURT OF APPEALS

IMAGE NO:   67938161     VOLUME:          PAGE:

MOTION FOR NEW TRIAL FILING DATE:     : N/A

NOTES:     AS OF DATE OF FILING, COURT HAS YET TO MAKE CASE DISPOSED (FINAL).

**CHRIS DANIEL**
**Harris County, District Clerk**

By:   **/s/DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

CAUSE NO. 2013-24978

| | | |
|---|---|---|
| LE NORMAN OPERATING LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| CHALKER ENERGY PARTNERS III, LLC, ET AL., | § | |
| | § | |
| | § | |
| DEFENDANTS | § | 234th JUDICIAL DISTRICT |

## PLAINTIFF LE NORMAN OPERATING LLC'S NOTICE OF APPEAL

TO THE HONORABLE DISTRICT COURT:

1.      Plaintiff Le Norman Operating LLC hereby gives notice of appeal from the trial court's April 29, 2015 Order Granting Defendants' Master Motion For Summary Judgment, a copy of which is attached hereto as Exhibit "A," and the trial court's November 17, 2015 Clarification Order, a copy of which is attached hereto as Exhibit "B."

2.      The purpose of this notice of appeal is to permit Le Norman Operating LLC to appeal the April 29, 2015 Order Granting Defendants' Master Motion For Summary Judgment and the November 17, 2015 Clarification Order, which were made final by the November 19, 2015 Order Granting Le Norman Operating LLC's Motion for Final Summary Judgment.  This notice and appeal encompass the rulings, declarations, and awards adverse to Le Norman Operating LLC in the April 29, 2015 Order Granting Defendants' Master Motion For Summary Judgment and the November 17, 2015 Clarification Order, as well as other orders and rulings adverse to Le Norman Operating

LLC that were incorporated into, merged into, issued concurrently with, or relied upon in making the April 29, 2015 Order Granting Defendants' Master Motion For Summary Judgment and the November 17, 2015 Clarification Order, and any post-judgment orders or rulings adverse to Le Norman Operating LLC.

3.      The trial court is the 234th Judicial District Court of Harris County, Texas, Honorable District Judge Wesley Ward, Presiding Judge. The trial court number and style is Cause No. 2013-24978; Le Norman Operating LLC v. Chalker Energy Partners III, LLC, et al.

4.      The Order Granting Le Norman Operating LLC's Motion for Final Summary Judgment, which made the orders complained of final for appeal was signed on November 19, 2015. The deadline to file the notice of appeal is thus December 21, 2015.

5.      The party that desires to appeal is Plaintiff Le Norman Operating LLC.

6.      Le Norman Operating LLC desires to appeal to the First or Fourteenth Court of Appeals at Houston, Texas.

7.      As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, the undersigned certifies that no related appeal or original proceedings have been previously filed in either the First or Fourteenth Court of Appeals.

Dated: December 18, 2015.

Respectfully submitted,

By: _____
     Jesse R. Pierce
     State Bar No. 15995400
     (713) 634-3636  Direct
     jpierce@pierceoneill.com

     Nugent D. Beaty, Jr.
     State Bar No. 24064872
     (713) 634-3618  Direct
     dbeaty@pierceoneill.com

PIERCE & O'NEILL, LLP
4203 Montrose Boulevard
Houston, Texas 77006
(713) 634-3600  Main
(713) 634-3601  Fax
*Attorneys for Le Norman Operating LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, a true and correct copy of the foregoing document was served upon all counsel of record, in accordance with the Texas Rules of Civil Procedure, via electronic filing:

Anthony M. Guerino, II
Laura N. Gleen
Greenberg Traurig, LLP
1000 Louisiana, 17th Floor
Houston, Texas 77002
Phone: (713) 374-3500
Fax:     (713) 374-3505
guerinot@gtlaw.com
gleenl@gtlaw.com

*Counsel for Chalker Energy Partners III, LLC*

W. Ray Whitman
Douglas D. D'Arche
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002
Phone: (713) 751-1600
Fax:     (713) 751-1717
rwhitman@bakerlaw.com
ddarche@bakerlaw.com

*Counsel for the Raptor Defendants*

Robert A. Anderson
Michael Dunn
Smead, Anderson & Dunn
2110 Horseshoe Lane
Longview, Texas  75605
Phone: (903) 232-1880
Fax:     (903) 232-1881
banderson@smeadlaw.com
mdunn@smeadlaw.com

*Counsel for R. Byron Roach, Trustee, LLC and Russell L. Roach*

Harry L. Scarborough
Faubus Keller & Burford LLP
1001 Texas Avenue, 11th Floor
Houston, Texas 77002
Phone: (713) 22-6400
Fax:     (713) 222-7240
harry@fkblawfirm.com

*Counsel for R. Byron Roach, Trustee, LLC*

_____
Jesse Pierce

923544

4

10/20/2015 4 53 00 PM
Chris Daniel - District Clerk
Harris County
Envelope No 7463219
By CORNETT, LAWANDA
Filed 10/20/2015 4 53 00 PM

CAUSE NO 2013-24978

P. 2

| | | |
|---|---|---|
| LE NORMAN OPERATING LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v | § | HARRIS COUNTY, TEXAS |
| | § | |
| CHALKER ENERGY PARTNERS III, LLC, | § | |
| ET AL , | § | |
| | § | |
| DEFENDANTS | § | 234th JUDICIAL DISTRICT |

## CLARIFICATION OF ORDER

Before the Court is Defendants' Master Motion for Summary Judgment Pursuant to Tex R Civ P 166a(b) and Plaintiff's response to this motion This motion was granted via order of this Court on April 29, 2015 While Plaintiff maintains its opposition to a grant of summary judgment to Defendants, it seeks clarification as to the grounds upon which this prior order was granted

As such, **IT IS ORDERED** that Defendants' Master Motion for Summary Judgment is **GRANTED** as to the following grounds

a   There was no meeting of the minds because the Confidentiality Agreement, the Bid Instructions, and the Data Room Presentation preclude a binding contract without an executed, delivered purchase and sale agreement, or "PSA" (¶¶ 124-131),

b   There was no meeting of the minds because any offer and acceptance was subject to the bid process rules (¶¶ 132-143),

c   The surrounding circumstances show that the parties did not intend to be bound to any agreement (¶¶ 144-154),

d   A meeting of the minds cannot be inferred from the language used by the parties (¶¶ 155-161),

e      A PSA was a condition precedent to contract formation (¶¶ 162-167),

f      Chris Simon's November 20, 2012 e-mail cannot be a contract under the Texas Uniform Electronic Transactions Act because the parties did not agree to conduct business electronically, and because the e-mail lacks an electronic signature (¶¶ 168-172), and

g      The Cleveland family would have refused to consent to an assignment to LNO, rendering any alleged contract illusory (¶¶ 178-186)

**IT IS ORDERED** that Defendants' Master Motion for Summary Judgment is

**DENIED** as to the following grounds

a      The statute of frauds bars the enforcement of any agreement because the memorandum of the agreement lacked material terms,

b      The statute of frauds bars the enforcement of any agreement because the offer was not definite or clear,

c      There is no way to determine the composition of the 67% interest Defendants agreed to sell LNO, and

d      Chris Simon's November 20, 2012 e-mail was a counteroffer or agreement to agree

**IT IS FURTHER ORDERED THAT** Defendants R Byron Roach Trustee, LLC and Russell L Roach properly joined in the Raptor Defendants' motions for summary judgment and this Order applies to Defendants R Byron Roach Trustee, LLC and Russell L Roach

SIGNED this 17 day of Nov 2015

NOV 1 7 2015

_____
JUDGE PRESIDING

2/13/2015 9 11 30 PM
Chris Daniel - District Clerk
Harris County
Envelope No 4154502
By CORNETT, LAWANDA
Filed 2/13/2015 9 11 30 PM

CAUSE NO 2013-24978

| | | |
|---|---|---|
| LE NORMAN OPERATING, LLC | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v | § | |
| | § | HARRIS COUNTY, TEXAS |
| CHALKER ENERGY PARTNERS III, LLC, | § | |
| ET AL | § | |
| | § | |
| Defendants | § | 234TH JUDICIAL DISTRICT |

### [~~PROPOSED~~] ORDER ON
### DEFENDANTS' MASTER MOTION FOR
### SUMMARY JUDGMENT PURSUANT TO TEX R CIV P 166a(b)

On this day, the Court considered Defendants' Master Motion for Summary Judgment, the evidence attached thereto, all responsive briefing, ~~if any~~ and the oral argument of the parties, ~~if any~~, and is of the opinion that the motion should be, in all things, granted It is therefore,

ORDERED that Defendants' Master Motion for Summary Judgment is **GRANTED** It is further,

ORDERED, ADJUDGED, and DECREED that Le Norman Operating, LLC should **TAKE NOTHING** on its claims against Chalker Energy Partners III, Raptor Petroleum, LLC, BMW Investments, L P , Ark-La-Tex Property Investments, LP, Remora Oil & Gas, LLC, Eastern Redbud, LLC, Jimmy Sutton, Vicenergy, LLC, Terra Geological, LLC, Jerry Caylor, Larry Caylor, John Talley, Erickson Resources, LLC, John G Kremer, Trustee for the 1st Amendment to the Richard E and Betty V Kremer Living Trust Dated 1/3/2002, M&D Exploration, LLC, and Joe D Nobles

SIGNED this 29TH day of April , 2015

**FILED**
Chris Daniel
District Clerk

APR 29 2015

Time _____
Harris County Texas
By _____
Deputy

_____
JUDGE PRESIDING

Page 73 of 73

HOU 408275476v1

RECORDER S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CASE NUM: 201324978__ PJN> __  TRANS NUM: _____ CURRENT COURT: 234 PUB? _
CASE TYPE: CONTRACT                      CASE STATUS: READY DOCKET
STYLE: LE NORMAN OPERATING LLC           VS CHALKER ENERGY PARTNERS III LLC
================================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME           PTY     ASSOC. ATTY
   NUM    NUMBER                                        STAT
_     00020-0002 XPL 00793582 NOBLES, JOE D                 D'ARCHE, DOUG
_     00019-0002 XPL 00793582 M & D EXPLORATION LLC (A TEXAS D'ARCHE, DOUG
_     00021-0002 XPL 06246900 ROACH, RUSSELL L              DUNN, MICHAEL
_     00001-0005 XDF 15995400 LE NORMAN OPERATING LLC       PIERCE, JESSE
_     00022-0001 AGT          M & D EXPLORATION LLC (A TEXAS
_     00005-0002 XPL 06246900 R BYRON ROACH TRUSTEE LLC     DUNN, MICHAEL
_     00001-0004 XDF 15995400 LE NORMAN OPERATING LLC       PIERCE, JESSE
_     00016-0002 XPL 00793582 KREMER, JOHN G (TRUSTEE FOR TH D'ARCHE, DOUG


==> (23) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201324978__ PJN> __  TRANS NUM: _____ CURRENT COURT: 234 PUB? _
CASE TYPE: CONTRACT                      CASE STATUS: READY DOCKET
STYLE: LE NORMAN OPERATING LLC           VS CHALKER ENERGY PARTNERS III LLC
================================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME           PTY     ASSOC. ATTY
   NUM    NUMBER                                        STAT
_     00015-0002 XPL 00793582 ERICKSON RESOURCES LLC        D'ARCHE, DOUG
_     00014-0002 XPL 00793582 TALLEY, JOHN                  D'ARCHE, DOUG
_     00013-0002 XPL 00793582 CAYLOR, LARRY                 D'ARCHE, DOUG
_     00012-0002 XPL 00793582 CAYLOR, JERRY                 D'ARCHE, DOUG
_     00011-0002 XPL 00793582 TERRA GEOLOGICAL LLC          D'ARCHE, DOUG
_     00010-0002 XPL 00793582 VICENERGY LLC                 D'ARCHE, DOUG
_     00009-0002 XPL 00793582 SUTTON, JIMMY                 D'ARCHE, DOUG
_     00008-0002 XPL 00793582 EASTERN REDBUD LLC            D'ARCHE, DOUG


==> (23) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201324978__ PJN> __  TRANS NUM: _____ CURRENT COURT: 234 PUB? _
CASE TYPE: CONTRACT                      CASE STATUS: READY DOCKET
STYLE: LE NORMAN OPERATING LLC           VS CHALKER ENERGY PARTNERS III LLC
================================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME           PTY     ASSOC. ATTY
   NUM    NUMBER                                        STAT
_     00007-0002 XPL 00793582 RAPTOR PETROLEUM LLC          D'ARCHE, DOUG
_     00006-0002 XPL 00793582 REMORA OIL & GAS LLC          D'ARCHE, DOUG
_     00004-0002 XPL 00793582 ARK-LA-TEX PROPERTY INVESTMENT D'ARCHE, DOUG
_     00003-0002 XPL 00793582 BMW INVESTMENTS L P           D'ARCHE, DOUG
_     00001-0003 XDF 15995400 LE NORMAN OPERATING LLC       PIERCE, JESSE
_     00002-0002 XPL 00792552 CHALKER ENERGY PARTNERS III LL GUERINO, ANTH
_     00001-0002 XDF 15995400 LE NORMAN OPERATING LLC       PIERCE, JESSE


==> (23) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201324978__ PJN> __   TRANS NUM: _____  CURRENT COURT: 234 PUB? _
CASE TYPE: CONTRACT                          CASE STATUS: READY DOCKET
STYLE: LE NORMAN OPERATING LLC          VS CHALKER ENERGY PARTNERS III LLC
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_     00021-0001 DEF 06246900 ROACH, RUSSELL L           D   DUNN, MICHAEL
_     00020-0001 DEF 00793582 NOBLES, JOE D              D   D'ARCHE, DOUG
_     00019-0001 DEF 00793582 M & D EXPLORATION LLC (A TEXAS  D   D'ARCHE, DOUG
_     00018-0001 DEF 07853000 JONES PANHANDLE ACQUISITION LL  D   GIBBS, ROBIN
_     00017-0001 DEF 07853000 JONES ENERGY HOLDINGS LLC  D   GIBBS, ROBIN
_     00016-0001 DEF 00793582 KREMER, JOHN G (TRUSTEE FOR TH  D   D'ARCHE, DOUG
_     00015-0001 DEF 00793582 ERICKSON RESOURCES LLC     D   D'ARCHE, DOUG
_     00014-0001 DEF 00793582 TALLEY, JOHN               D D'ARCHE, DOUG


   ==> (23) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201324978__ PJN> __   TRANS NUM: _____  CURRENT COURT: 234 PUB? _
CASE TYPE: CONTRACT                          CASE STATUS: READY DOCKET
STYLE: LE NORMAN OPERATING LLC          VS CHALKER ENERGY PARTNERS III LLC
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_     00013-0001 DEF 00793582 CAYLOR, LARRY              D   D'ARCHE, DOUG
_     00012-0001 DEF 00793582 CAYLOR, JERRY              D   D'ARCHE, DOUG
_     00011-0001 DEF 00793582 TERRA GEOLOGICAL LLC       D   D'ARCHE, DOUG
_     00010-0001 DEF 00793582 VICENERGY LLC              D   D'ARCHE, DOUG
_     00009-0001 DEF 00793582 SUTTON, JIMMY              D   D'ARCHE, DOUG
_     00008-0001 DEF 00793582 EASTERN REDBUD LLC         D   D'ARCHE, DOUG
_     00007-0001 DEF 00793582 RAPTOR PETROLEUM LLC       D   D'ARCHE, DOUG
_     00006-0001 DEF 00793582 REMORA OIL & GAS LLC       D D'ARCHE, DOUG


   ==> (23) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201324978__ PJN> __   TRANS NUM: _____  CURRENT COURT: 234 PUB? _
CASE TYPE: CONTRACT                          CASE STATUS: READY DOCKET
STYLE: LE NORMAN OPERATING LLC          VS CHALKER ENERGY PARTNERS III LLC
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_     00005-0001 DEF 06246900 R BYRON ROACH TRUSTEE LLC   D   DUNN, MICHAEL
_     00004-0001 DEF 00793582 ARK-LA-TEX PROPERTY INVESTMENT  D   D'ARCHE, DOUG
_     00003-0001 DEF 00793582 BMW INVESTMENTS L P        D   D'ARCHE, DOUG
_     00002-0001 DEF 00792552 CHALKER ENERGY PARTNERS III LL  D   GUERINO, ANTH
_     00001-0001 PLT 15995400 LE NORMAN OPERATING LLC    D   PIERCE, JESSE
_     00001-0001 PPS          LE NORMAN OPERATING LLC
_     00001-0001 PAP 15995400 PIERCE, JESSE RUCKER


   ==> (23) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH    11=HELP